[No. 16934–3–I.  Division One.  July 1, 1987.]

DEBBIE GEVAART, *Appellant,* v. METCO CONSTRUCTION, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–03580–1, Daniel T. Kershner, J., entered July 18, 1985. *Affirmed* by unpublished opinion per Brucker, J. Pro Tem., concurred in by Scholfield, C.J., and Ennis, J. Pro Tem.

[No. 17694–3–I.  Division One.  July 1, 1987.]

BLAIR ANDERSEN, ET AL, *Respondents,* v. RUSSELL E. STOCKTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–2–00506–6, Marshall Forrest, J., entered December 5, 1985. *Affirmed* by unpublished opinion per Little, J. Pro Tem., concurred in by Durham and Walterskirchen, JJ. Pro Tem.

[No. 18349–4–I.  Division One.  July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSTINA GUTHRIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03445–7, Warren Chan, J., entered March 26, 1986. *Reversed* by unpublished per curiam opinion.